IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL LEE LOPEZ,<br><br>　　　　Plaintiff,<br><br>  v.<br><br>CASH, et al.,<br><br>　　　　Defendants. | No. C 11-02736 EJD (PR)<br><br>ORDER GRANTING SECOND EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |

　　　　On June 7, 2011, Plaintiff initiated the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983, by filing a letter asserting violations of his constitutional rights. On the same day, the Clerk sent Plaintiff notice that he must either pay the filing fee or file an In Forma Pauperis ("IFP") Application to proceed with this action. (Docket No. 3.) Plaintiff thereafter filed an IFP application which is deficient because the attached Certificate of Funds in Prisoner's Account was not completed by an authorized prison official. (Docket No. 6.) On October 21, 2011, in the interest of justice, the Court granted Plaintiff an extension of time to file a completed Certificate of Funds in Prisoner's Account to complete his IFP application. (See Docket No. 12.) Plaintiff was advised that failure to file the missing document within thirty days of the order. (Id.)

　　　　On November 9, 2011, Plaintiff filed a letter indicating that he's been attempting

to obtain the Certificate of Funds.  (See Docket No. 15.)  The Court will construe this letter as a request for additional time to complete his IFP application.

Plaintiff shall submit the missing document **within thirty (30) days** of the date this order is filed.  Alternatively, Plaintiff may pay the complete filing fee of $350.00 to avoid dismissal of this case.  **Failure to file the necessary document or to pay the filing fee will result in dismissal of this action for failure to pay the filing fee.**

DATED: February 1, 2012

EDWARD J. DAVILA
United States District Judge

Order Granting Ext. Of TIme
02736Lopez_eot-ifp2.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DARRELL LEE LOPEZ,

        Plaintiff,

  v.

CASH, et al.,

        Defendants.

Case Number: CV11-02736 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   2/2/2012  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darrell Lee Lopez V79290
Pelican Bay State Prison
5905 Lake Earl Dr.,
Crescent City, CA

Dated:   2/2/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk