IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL LEE LOPEZ, | No. C 11-02736 EJD (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| CASH, et al., | |
| Defendants. | |

On June 7, 2011, Plaintiff initiated the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983, by filing a letter asserting violations of his constitutional rights. On the same day, the Clerk sent Plaintiff notice that he must either pay the filing fee or file an In Forma Pauperis ("IFP") Application to proceed with this action. (Docket No. 3.) Plaintiff thereafter filed an IFP application which was deficient because the attached Certificate of Funds in Prisoner's Account was not completed by an authorized prison official. (Docket No. 6.) On October 21, 2011, in the interest of justice, the Court granted Plaintiff an extension of time to file a completed Certificate of Funds in Prisoner's Account to complete his IFP application. (See Docket No. 12.) Thereafter, the Court granted Plaintiff two additional extensions of time in the interest of justice, with the last order filed on March 19, 2012, granting Plaintiff another thirty days to complete his

1  IFP application, *i.e.*, no later than April 18, 2012.  (See Docket No. 21.)

2       The deadline has since passed, and Plaintiff has neither paid the filing fee nor filed
3  the necessary documents to complete his IFP application.  On April 25, 2012, Plaintiff
4  filed a letter indicating that he has failed to acquire the necessary document and that he
5  would no longer be filing any matters in this case.  (Docket No. 23.)

6       Accordingly, this case is DISMISSED without prejudice for failure to pay the
7  filing fee.

9  DATED:     5/3/2012

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DARRELL LEE LOPEZ,

        Plaintiff,

  v.

CASH, et al.,

        Defendants.

Case Number: CV11-02736 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/4/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darrell Lee Lopez V79290
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95532

Dated: 5/4/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk